# CIVIL COVER SHEET ATTACHMENT

<u>I(c)</u>

Plaintiff's Attorneys
BRIOL & BENSON, PLLC
Mark J. Briol (MN #0126731)
Darren B. Schwiebert (MN #0260642)
3700 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 756-7777

Defendant Jeffrey Parket's Attorney
FASULO BRAVERMAN & DI MAGGIO, LLP
Samuel M. Braverman
225 Broadway, Suite 715
New York, New York 10007
Phone: (212) 566-6213

Defendant Robyn Parket's Attorney
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Robert Altchiler
270 Madison Avenue
New York, New York 10016
Phone: (212) 545-4709