# UNITED STATES DISTRICT COURT
### District of Minnesota

Whitebox Holdings LLC,

                    Plaintiff,

v.

Jeffrey Parket,
Robyn Parket,

                    Defendants.

**CLERK'S ENTRY OF DEFAULT**

Case Number:  21-cv-2776 WMW/HB

It appearing that defendant(s) Robyn Parket is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, Whitebox Holdings LLC,

    DEFAULT IS HEREBY ENTERED against Robyn Parket.

Date: 3/18/2022　　　　　　　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK