# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Whitebox Holdings LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Jeffrey Parket, et al.,<br><br>        Defendants. | **COURT MINUTES**<br>BEFORE: Wilhelmina M. Wright,<br>United States District Judge<br><br>Case No: 21-cv-2776 (WMW/DTS)<br>Date: July 21, 2022<br>Courthouse: Saint Paul<br>Courtroom: 7A<br>Deputy: Mona Eckroad<br>Court Reporter: Carla Bebault<br>Time in Court: 9:18 a.m. – 9:29 a.m.<br>Total time: 11 Minutes |

**APPEARANCES:**

Plaintiff: Darren B. Schwiebert

Defendant:

**HEARING ON:**

Plaintiff's Motion for Default Judgment. [22]

**PROCEEDINGS:**

The motion was argued and taken under advisement. Order to follow.

s/Mona Eckroad
Courtroom Deputy
