# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Whitebox Holdings LLC,<br><br>Plaintiff,<br><br>v.<br><br>Jeffrey Parket and Robyn Parket,<br><br>Defendants. | Civil File No. 0:21-cv-02776-WMW-HB<br><br>**AMENDED DECLARATION OF ANDREW J. REDLEAF IN SUPPORT OF WHITEBOX HOLDINGS, LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JEFFREY PARKET AND ROBYN PARKET** |

I, Andrew J. Redleaf, declare as follows:

1. I am the President and Sole Member of Plaintiff Whitebox Holdings, LLC ("Plaintiff"). I make this Declaration to amend paragraph 5 of my original Declaration dated June 7, 2022 [Dkt. No. 24] in support of Plaintiff's Motion for Entry of Default Judgment against Defendants Jeffrey Parket and Robyn Parket (collectively, "Defendants"). I have personal, first-hand knowledge of the facts stated below.

2. I assumed that the amount of the wire to Defendants was the amount of the Loan Amount. That was incorrect. Paragraph 5 of my original Declaration dated June 7, 2022 is therefore amended to read as follows:

The Credit Agreement, the Term Note, and the Security Agreement together constitute the Loan Documents. Pursuant to the Loan Documents, on

November 12, 2021, I caused Park State Bank to disburse, by wire transfer, from the account of Whitebox Holdings, LLC, the sum of $3,875,000 to Jeffrey Parket and Robyn Parket, representing the principal amount of the loan documented in the Loan Documents, less $100,000 as a collateral holdback, $20,000 for the closing fee, and $5,000 for legal and other expenses. No part of the principal has been paid back to Whitebox Holdings, LLC by Jeffrey Parket or Robyn Parket, nor has any interest on the loan been paid to Whitebox Holdings, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2022.

_____
Andrew J. Redleaf

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I filed the foregoing AMENDED DECLARATION OF ANDREW J. REDLEAF IN SUPPORT OF WHITEBOX HOLDINGS, LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JEFFREY AND ROBYN PARKET through the Court's CM/ECF system. I also served notice by US Mail of the filing on the following parties:

Robyn Parket
109 Siesta Way
Palm Beach Gardens, FL 33418
*Defendant*

Robyn Parket
200 East 65th Street, Apt 45N
New York, New York 10065
*Defendant*

Jeffrey Parket
200 East 6th Street, Suite 43S
New York, NY 10062
*Defendant*

*/s/ Darren B. Schwiebert*
Darren B. Schwiebert
*Attorney for the Plaintiff*